DANA ALDEN FOX, SB# 119761
    E-Mail: Dana.Fox@lewisbrisbois.com
MATTHEW P. HARRISON, SB# 222073
    E-Mail: Matthew.Harrison@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
633 West Fifth Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendants, COUNTY OF SAN BERNARDINO, JOHN MCMAHON, and JEFF ROSE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| JOHNNY ALCALA, CRISTOBAL AVILA, EDDIE CHAPMAN, KEITH COURTNEY, MARK EASTER, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF SAN BERNARDINO, JOHN MCMAHON, SHERIFF OF THE COUNTY OF SAN BERNARDINO, JEFF ROSE, COMMANDER OF THE WEST VALLEY DETENTION CENTER, DEPUTY B. TEYCHEA, et al., and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 5:15-cv-02515-JGB-DTB <br> Judge: Hon. Jesus G. Bernal <br><br> Related Cases: <br><br> Case No. 5:14-cv-00911-JGB-DTB <br> Case No. 5:14-cv-01085-JGB-DTB <br> Case No. 5:14-cv-01196-JGB-DTB <br> Case No. 5:15-cv-00157-JGB-DTB <br> Case No. 5:15-cv-02513-JGB-DTB <br> Case No. 5:16-cv-00314-JGB-DTB <br> Case No. 5:15-cv-01645-JGB-DTB <br> Case No. 5:14-cv-01753-JGB-DTB <br><br> **STIPULATION TO FILE AMENDED COMPLAINT** <br><br> **[Proposed Order filed concurrently herewith]** |

Plaintiffs, Johnny Alcala, Cristobal Avila, Eddie Chapman, Keith Courtney, Mark Easter, Steven Gutierrez, Jeffrey Hernandez, Edwin Kopp, Jose Leon, Michael Lewis, Donald Ray Love, Trinidad Jesse Macias, Andy Mills, Michael Molina, David Olvera, Gustavo Ortega, Danilo Pennello, Jose Segura, Jerry Wells, and David Younger ("Plaintiffs"), defendant, Deputy B. Teyechea ("Deputy Teyechea"), defendant, Deputy Andrew Cruz ("Deputy Cruz"), and defendants, County of San Bernardino, John McMahon, and Jeff Rose ("County Defendants"), through their

respective counsel of record, stipulate as follows:

Pursuant to Local Rule 7-3 meet and confer efforts concerning the allegations in Plaintiffs' complaint, the parties have agreed that Plaintiffs will file an amended complaint.

Accordingly, the parties stipulate that Plaintiffs will file an amended complaint by February 18, 2017, and the County Defendants, Deputy Teyechea, and Deputy Cruz will have 30 days from the filing of the amended complaint to respond.

The County Defendants, Deputy Teyechea, and Deputy Cruz further agree to accept service of the amended complaint through their respective counsel of record.

IT IS SO STIPULATED.

DATED: January 23, 2017         LEWIS BRISBOIS BISGAARD & SMITH LLP

                                By:      /s/ Matthew P. Harrison
                                         Matthew P. Harrison
                                         Attorneys for Defendants, County of San
                                         Bernardino, John McMahon, and Jeff Rose

DATED: January 23, 2017         LAW OFFICES OF DALE K. GALIPO

                                By:      /s/ Tanya Sukhija
                                         Tanya Sukhija
                                         Attorneys for Plaintiffs

DATED: January 23, 2017         BURKE, WILLIAMS & SORENSEN, LLP

                                By:      /s/ Susan E. Coleman
                                         Susan E. Coleman
                                         Attorneys for Defendant, Deputy Teyechea

DATED: January 23, 2017         LYNDBERG & WATKINS

                                By:      /s/ Shannon L. Gustafson
                                         Shannon L. Gustafson
                                         Attorneys for Defendant, Deputy Cruz