# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| JOHNNY ALCALA, CRISTOBAL AVILA, EDDIE CHAPMAN, KEITH COURTNEY, MARK EASTER, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF SAN BERNARDINO, JOHN MCMAHON, SHERIFF OF THE COUNTY OF SAN BERNARDINO, JEFF ROSE, COMMANDER OF THE WEST VALLEY DETENTION CENTER, DEPUTY B. TEYCHEA, et al., and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 5:15-cv-02515-JGB-DTB <br> Judge: Hon. Jesus G. Bernal <br><br> Related Cases: <br><br> Case No. 5:14-cv-00911-JGB-DTB <br> Case No. 5:14-cv-01085-JGB-DTB <br> Case No. 5:14-cv-01196-JGB-DTB <br> Case No. 5:15-cv-00157-JGB-DTB <br> Case No. 5:15-cv-02513-JGB-DTB <br> Case No. 5:16-cv-00314-JGB-DTB <br> Case No. 5:15-cv-01645-JGB-DTB <br> Case No. 5:14-cv-01753-JGB-DTB <br><br> **ORDER** |

The Court grants Plaintiffs leave to file an amended complaint by February 18, 2017. Defendants will have 30 days from the filing of the amended complaint to respond.

DATED: January 24, 2017

_____
United States District Court Judge