LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (SBN 144074)
E-mail: dalekgalipo@yahoo.com
Tanya Sukhija (SBN 295589)
E-mail: tsukhija@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

LAW OFFICE OF STANLEY W. HODGE
Stanley W. Hodge (SBN 57316)
15490 Civic Drive, Suite 103
Victorville, CA 92392
Tel.760-951-8773 Fax: 760-951-9131
E-mail: xepa826@hotmail.com

LAW OFFICE OF JAMES S. TERRELL
James S. Terrell, (SBN 170409)
15411 Anacapa Road
Victorville, CA 92392
Tel.760-951-5850 Fax:760-952-1085
E-mail: jim@talktoterrell.com

LAW OFFICE OF SHARON J. BRUNNER
Sharon J. Brunner, (CSBN: 229931)
14393 Park Avenue, Suite 100
Victorville, CA 92392
Tel. 760-243-9997 Fax: 760-843-8155
E-mail: sharonjbrunner@yahoo.com

**Attorneys for Plaintiffs**
Johnny Alcala, Cristobal Avila, Eddie Chapman,
Mark Easter, Steven Gutierrez,
Jeffrey Hernandez, Edwin Kopp,
Jose Leon, Michael Lewis, Donald Ray Love,
Trinidad Jesse Macias, Andy Mills, Michael Molina,
David Olvera, Gustavo Ortega, Danilo Pennello,
Jose Segura, Jerry Wells and David Younger

# THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY ALCALA, CRISTOBAL AVILA, EDDIE CHAPMAN, KEITH COURTNEY, MARK EASTER, STEVEN GUTIERREZ, JEFFREY HERNANDEZ, EDWIN KOPP, JOSE | **Case No.: 5:15-cv-02515-JGB-DTBx** [*Honorable Jesus G. Bernal*] Related Cases: Case No.: 5:14-cv-01085-JGB-DTBx |

1
Case No. 5:15-cv-02515-JGB-DTBx
JOINT STIPULATION TO DISMISS CASE

| | |
|---|---|
| LEON, MICHAEL LEWIS, DONALD RAY LOVE, TRINIDAD JESSE MACIAS, ANDY MILLS, MICHAEL MOLINA, DAVID OLVERA, GUSTAVO ORTEGA, DANILO PENNELLO, JOSE SEGURA, JERRY WELLS and DAVID YOUNGER,<br><br>            Plaintiffs,<br><br>     vs.<br><br>COUNTY OF SAN BERNARDINO; JOHN McMAHON, SHERIFF OF THE COUNTY OF SAN BERNARDINO; JEFF ROSE, COMMANDER OF THE WEST VALLEY DETENTION CENTER; DEPUTY BROCK TEYECHEA; DEPUTY GILBERT ESCAMILLA; DEPUTY ANDREW CRUZ; DEPUTY RUSSELL KOPASZ; DEPUTY KUSKOWSKI; DEPUTY SPARKMAN; DEPUTY MACIAS; DEPUTY MORRIS; DEPUTY ZERPE; DEPUTY STIFFLER; DEPUTY ROCHE; DEPUTY JUSTIN NIELSEN; DEPUTY RAMOS; DEPUTY SALCEDO; DEPUTY TORRES; DEPUTY STOCKMAN; DEPUTY SMILES, DEPUTY THURMAN; DEPUTY "WHITE CLOUD" and DOES 1-10,  inclusive.<br><br>            Defendants.<br>_____ | Case No.: 5:16-cv-01244-JGB-DTBx<br>Case No.: 5:14-cv-00911-JGB-DTBx<br>Case No.: 5:15-cv-02513-JGB-DTBx<br><br>**JOINT STIPULATION TO DISMISS CASE**<br><br>**[Proposed] Order Filed Concurrently Herewith** |

**TO THIS HONORABLE COURT:**

Plaintiffs, Johnny Alcala, Cristobal Avila, Eddie Chapman, Mark Easter, Steven Gutierrez, Jeffrey Hernandez, Edwin Kopp, Jose Leon, Michael Lewis, Donald Ray Love, Trinidad Jesse Macias, Andy Mills, Michael Molina, David Olvera, Gustavo Ortega, Danilo Pennello, Jose Segura, Jerry Wells and David Younger ("Plaintiffs"); and Defendants, County of San Bernardino, John McMahon, and Jeff Rose ("County Defendants") by and through their respective counsel of record, enter into the following stipulation:

The above mentioned parties hereby stipulate and agree that this action is voluntarily dismissed, with prejudice, pursuant to their settlement agreement and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. This case applies to all claims brought by the aforementioned Plaintiffs against all Defendants.

One of the plaintiffs in this action, Keith Courtney, recently retained new counsel and is not part of the settlement agreement. This settlement agreement and stipulation for dismissal shall not affect his claims. His new attorney will be filing a substitution of attorney as soon as possible. His new attorney's contact information is included herewith:

> Robert K. McKernan (State Bar No. 51060)
> Law Office of Allen & McKernan, APC
> 5055 Canyon Crest Drive
> Riverside, CA 92507
> Telephone: (951) 333-5180
> Facsimile: (951) 880-1520
> Email: rkmlegal2@gmail.com

//
//
//
//
//
//

Respectfully submitted,

DATED: July 24, 2017　　　　　LAW OFFICES OF DALE K. GALIPO
　　　　　　　　　　　　　　　LAW OFFICE OF SHARON J. BRUNNER
　　　　　　　　　　　　　　　LAW OFFICE OF JAMES S. TERRELL
　　　　　　　　　　　　　　　LAW OFFICE OF STANLEY W. HODGE

　　　　　　　　　　　　　　　By:　　　*/s/ Dale K. Galipo*
　　　　　　　　　　　　　　　　　　Dale K. Galipo
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

DATED: July 24, 2017　　　　　LEWIS BRISBOIS BISGAARD & SMITH LLP

　　　　　　　　　　　　　　　By:　　　*/s/ Matthew P. Harrison*
　　　　　　　　　　　　　　　　　　Matthew P. Harrison
　　　　　　　　　　　　　　　　　　Attorneys for Defendants, County of San
　　　　　　　　　　　　　　　　　　Bernardino, John McMahon, and Jeff Rose