CLOSED

# THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY ALCALA, CRISTOBAL AVILA, EDDIE CHAPMAN, KEITH COURTNEY, MARK EASTER, STEVEN GUTIERREZ, JEFFREY HERNANDEZ, EDWIN KOPP, JOSE LEON, MICHAEL LEWIS, DONALD RAY LOVE, TRINIDAD JESSE MACIAS, ANDY MILLS, MICHAEL MOLINA, DAVID OLVERA, GUSTAVO ORTEGA, DANILO PENNELLO, JOSE SEGURA, JERRY WELLS and DAVID YOUNGER,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO; JOHN McMAHON, SHERIFF OF THE COUNTY OF SAN BERNARDINO; JEFF ROSE, COMMANDER OF THE WEST VALLEY DETENTION CENTER; DEPUTY BROCK TEYECHEA; DEPUTY GILBERT ESCAMILLA; DEPUTY ANDREW CRUZ; DEPUTY RUSSELL KOPASZ; | **Case No.: 5:15-cv-02515-JGB-DTBx**<br><br>[*Honorable Jesus G. Bernal*]<br><br>Related Cases:<br><br>Case No.: 5:14-cv-01085-JGB-DTBx<br>Case No.: 5:16-cv-01244-JGB-DTBx<br>Case No.: 5:14-cv-00911-JGB-DTBx<br>Case No.: 5:15-cv-02513-JGB-DTBx<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS CASE** |

| | |
|---|---|
| 1 | DEPUTY KUSKOWSKI; DEPUTY SPARKMAN; DEPUTY MACIAS; DEPUTY MORRIS; DEPUTY ZERPE; DEPUTY STIFFLER; DEPUTY ROCHE; DEPUTY JUSTIN NIELSEN; DEPUTY RAMOS; DEPUTY SALCEDO; DEPUTY TORRES; DEPUTY STOCKMAN; DEPUTY SMILES, DEPUTY THURMAN; DEPUTY "WHITE CLOUD" and DOES 1-10, inclusive.  )<br><br>         Defendants.  ) |

GOOD CAUSE APPEARING, based on settlement and stipulation of the parties,

All claims by Plaintiffs Johnny Alcala, Cristobal Avila, Eddie Chapman, Mark Easter, Steven Gutierrez, Jeffrey Hernandez, Edwin Kopp, Jose Leon, Michael Lewis, Donald Ray Love, Trinidad Jesse Macias, Andy Mills, Michael Molina, David Olvera, Gustavo Ortega, Danilo Pennello, Jose Segura, Jerry Wells and David Younger ("Plaintiffs") against all Defendants are hereby dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

This order does not affect the claims of Plaintiff Keith Courtney.

**IT IS SO ORDERED.**

DATED: July 25, 2017

_____
Honorable Jesus G. Bernal
United States District Court Judge

2
Case No. 5:15-cv-02515-JGB-DTBx
ORDER GRANTING JOINT STIPULATION TO DISMISS CASE